IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| | CRIMINAL FILE NO. |
| v. | 1:05-CR-197-6-TWT |
| EMIGDIO DUARTE-ROSALES also known as Gordo, | |
| Defendant. | |

ORDER

This is a criminal action. It is before the Court on the Report and Recommendation [Doc. 294] of the Magistrate Judge recommending denying the Defendant's Motion to Suppress Evidence and Statements [Doc. 281]. The Defendant's objections to the Report and Recommendation regarding lack of probable cause, insufficient showing of necessity, failure to minimize and improper sealing are all without merit for the reasons stated in the thorough and well reasoned Report and Recommendation. The Defendant's Motion to Suppress Evidence and Statements [Doc. 281] is DENIED. The Defendant's Motion to Amend [Doc. 284] withdrawing the claim of an illegal arrest is GRANTED.

SO ORDERED, this 7 day of January, 2008.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge